IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV352

KENNETH D. BELL, in his capacity as court-Appointed Receiver for Rex Venture Group, LLC d/b/a Zeekrewards.com,

    Plaintiff,

vs.

HOWARD N. KAPLAN,

    Defendant.

CASE ADMINISTRATION ORDER

This matter is before the Court upon its own motion. The pending Motion to Dismiss in this case will be held in abeyance pending the mediation in *Bell v. Grimes*, 3:14CV351. Moreover, the SEC is directed to inform the Court as to whether it is willing to file an amicus brief in this matter if requested by the court

IT IS SO ORDERED.

Signed: March 23, 2015

Graham C. Mullen
United States District Judge