IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV352

KENNETH D. BELL, in his capacity as a )
court-appointed Receiver for Rex Venture Group, )
LLC d/b/a ZeekRewards.com, )
　)
    Plaintiff, )
　)
v. )
　) ORDER
　)
HOWARD N. KAPLAN, )
　)
    Defendant. )
_____)

This matter is before the Court upon its own motion. A discovery hearing was held in this case on February 21, 2017. Based upon discussions at the hearing, the Court hereby directs the parties to confer and devise more narrowly focused search terms for the database of the Receiver. Such search shall occur within the next 30 days. The parties are also directed to proceed to mediation within 60 days using Mr. Owens as the mediator as previously agreed.

    IT IS SO ORDERED.

Signed: February 23, 2017

Graham C. Mullen
United States District Judge