IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:14-CV-352-GCM**

| | | |
|---|---|---|
| **KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| **HOWARD N. KAPLAN,** | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon its own motion.

The trial in this matter is **RE-SET for June 11, 2018** in Courtroom 2-2.

Signed: August 17, 2017

Graham C. Mullen
United States District Judge

1